Eugene Egan (State Bar No. 130108)
   *eje@manningllp.com*
Anthony Werbin (State Bar No. 285684)
   *aww@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

Kenneth K. Yoo, Esq.
KENNETH YOO LAW GROUP
1055 Wilshire Blvd., Suite 1945
Los Angeles, CA 90017
Tel: 213-250-1500
Fax: 213-250-1501

Attorneys for Plaintiff, LINDA JANG

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA JANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION, and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-06624-FMO-MAA<br><br>**ORDER GRANTING STIPULATION [14] TO REMAND FROM FEDERAL COURT TO STATE COURT** |

///

///

///

///

4838-4123-5342.1

1

**ORDER GRANTING REMAND**

The Stipulation of Defendant TARGET CORPORATION and Plaintiff LINDA JANG for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. BC713319.

Dated: March 25, 2019      /s/ Fernando M. Olguin      .
UNITED STATES DISTRICT JUDGE

4838-4123-5342.1